**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRIAN FREDENDALL,** | : | **CIVIL ACTION NO. 1:26-CV-1165** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **NEW YORK STATE** | : | |
| **DEPARTMENT OF JUSTICE,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 20th day of May, 2026, upon review of the complaint pursuant to 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.  Plaintiff's complaint (Doc. 1) is DISMISSED. His <u>Bivens</u> claims are dismissed with prejudice because they are not cognizable claims. His FTCA claims are dismissed without prejudice for failure to exhaust administrative remedies.

2.  Plaintiff shall not be granted leave to amend the complaint.

3.  The Clerk of Court is directed to CLOSE this case.


/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania